IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JERRI JOETTE TILLETT,<br><br>Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, INTERIOR BOARD OF LAND APPEALS, and DEPARTMENT OF THE INTERIOR ,<br><br>Defendants. | CV 16-148-BLG-SPW-TJC<br><br>**ORDER** |

This matter is at issue and is exempt the preliminary pretrial conference requirement under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure and Local Rule 16.2. Accordingly,

IT IS ORDERED that lead trial counsel for the respective parties and any individual proceeding *pro se* shall meet and confer to consider a joint case management plan to be filed with the Court on or before **February 10, 2017**. If the parties are unable to agree on a joint case management plan, they shall each file separate case management plans on or before **February 10, 2017**, noting to which dates they could not agree and the reasons for their disagreement.

//

//

DATED this 30th day of January, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge