IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

FEB 2 1 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| JERRI JOETTE TILLETT,<br><br>                Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND<br>MANAGEMENT, INTERIOR<br>BOARD OF LANDS APPEALS, and<br>DEPARTMENT OF THE INTERIOR<br><br>                Defendants. | CV 16-148-BLG-SPW<br><br><br>ORDER |

On February 16, 2017, the Court entered an order adopting Magistrate Judge
Timothy Cavan's Findings and Recommendations. (Doc. 22). The Court's order
was premised on an absence of timely objections. (Doc. 22 at 1). It has come to
the Court's attention that Plaintiff Jerri Tillett timely filed objections to Judge
Cavan's Findings and Recommendations. (Doc. 23). Plaintiff Tillett is entitled to
de novo review of those portions of Judge Cavan's Findings and
Recommendations to which she timely objected. Therefore, the order adopting
Judge Cavan's Findings and Recommendations entered on February 16, 2017, is
hereby withdrawn.

DATED this 21st day of February, 2017.

SUSAN P. WATTERS
United States District Judge