IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JERRI JOETTE TILLETT,<br><br>            Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, INTERIOR BOARD OF LAND APPEALS, and DEPARTMENT OF THE INTERIOR,<br><br>            Defendants. | CV 16-148-BLG-TJC<br><br>**ORDER** |

Pending before the Court are the parties' cross-motions for summary judgment. (Docs. 25, 28.) The Court believes it will benefit from oral argument on these motions. *See* L.R. 7.1(e). Accordingly,

IT IS ORDERED that counsel for the parties shall appear before the Court on **Monday, December 4, 2017, at 2:00 p.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana, to participate in oral argument with respect to the pending motions and associated briefing. The parties will be limited to fifteen (15) minutes per side.

The parties should come prepared to discuss the special status species at issue in this case, particularly the Peregrine Falcon and Shoshone Carrot. The Court also requests that the parties be familiar with the Ninth Circuit Court of

1

Appeals case *Northern Plains Resource Council v. Surface Transp. Bd.*, 668 F.3d 1067 (9th Cir. 2011), and U.S. District Court cases interpreting that case.

DATED this 22nd day of November, 2017.

                                                           _____
                                                          TIMOTHY J. CAVAN
                                                          United States Magistrate Judge