UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JERRI JOETTE TLLET,<br><br>               Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, INTERIOR BOARD OF LAND APPEALS, DEPARTMENT OF THE INTERIOR,<br><br>               Defendant. | Case No. CV-16-148-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED Judgment is entered in part favor of Plaintiff Jerri Tillet and in part favor of Defendants Bureau of Land Management, Department of the Interior, Interior Board of Land Appeal as referenced in the Court's Order E.C.F. 49 Order Adopting Findings and Recommendations.

      Dated this 29th day of December, 2017.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ E.Hamnes
                                  E.Hamnes, Deputy Clerk